# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John Randall Ottley, et al., | No. CV-22-01087-PHX-DWL |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Game and Fish Commission, et al., | |
| Defendants. | |

This is a civil rights action brought by three *pro se* plaintiffs.  The Court previously accepted Judge Fine's report and recommendation ("R&R") that the claims of one of those plaintiffs, Anthony Covell, be dismissed without prejudice due to Covell's failure to notify the Court of his change of address and failure to comply with LRCiv 83.3(d).  (Docs. 11, 12.)  Now pending before the Court is another R&R from Judge Fine, this one recommending that the claims of the remaining two plaintiffs, John Randall Ottley and James Virgil Harvey, be dismissed without prejudice for failure to timely serve Defendants and failure to comply with court orders.  (Doc. 13 at 10.)  The R&R further provided that "[t]he parties shall have fourteen days from the date of service of a copy of this [R&R] within which to file specific written objections with the Court. . . .  Failure to file timely objections to the [R&R] may result in the acceptance of the [R&R] by the District Court without further review."  (*Id.* at 11.)

Here, no such objections have been filed and the time to object has expired.  Thus, the Court accepts Judge's Fine recommendation.  *See, e.g., Thomas v. Arn*, 474 U.S. 140,

149-50 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."); *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003) ("[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.").

Accordingly,

**IT IS ORDERED** that:

1. The R&R (Doc. 13) is **adopted**.

2. All the unserved Defendants are **dismissed without prejudice** for failure to timely serve pursuant to Fed. R. Civ. P. 4(m).

3. This matter is **dismissed without prejudice** for Plaintiffs Ottley and Harvey's failure to comply with Court orders.

4. The Clerk shall enter judgment accordingly and terminate this action.

Dated this 29th day of November, 2022.

Dominic W. Lanza
United States District Judge